# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEPHANIE ELDRIDGE,

     Plaintiff,

v.                                                                    Case No: 8:25-cv-2732-CEH-NHA

SPARROW FINANCIAL, INC.,
ENCINA LENDER FINANCE, LLC,
and EVOLVE BANK & TRUST
CORPORATION

     Defendants.

---

## ORDER

This matter comes before the Court on Defendants Sparrow Financial, Inc., Encina Lender Finance, LLC, and Evolve Bank & Trust Corporation's unopposed Motion to Delete Provisionally Sealed Documents from Docket, Destroy All Copies, and Require Return of All Copies from Plaintiff and Her Counsel (Doc. 36). [1] Defendants ask the Court to delete documents that they filed provisionally under seal from the Court's docket, destroy all copies of those documents in the Court's possession, and order Plaintiff to return to Defendants all copies of the documents filed provisionally under seal and delete any electronic copies.

On August 20, 2025, Plaintiff filed a complaint against Defendants in the Tenth Judicial Circuit in and for Polk County asserting claims under Florida's usury laws

---

[1] In Defendant's Local Rule 3.01(g)(3) Supplemental Certification (Doc. 37), they inform the Court that the Motion is unopposed.

(Doc. 1-1). On October 7, 2025, Defendants removed this case from state court to the Middle District of Florida (Doc. 1). On January 8, 2026, the Court issued an Order to Show Cause because the Court was unable to determine whether it had subject matter jurisdiction over this action (Doc. 25). On January 22, 2026, Defendants filed a Motion for Leave to File Under Seal (Doc. 28). In it, Defendants requested to file two documents under seal pursuant to Middle District of Florida Local Rule 1.11. Defendants requested to seal a Credit Card Issuing Agreement between Evolve Bank and Sparrow (Doc. 28-2) and a Response to the Court's Order to Show Cause (Doc. 28-1). Defendants also publicly filed a Response to the Court's Order to Show Cause, which redacted any portions quoting the Credit Card Issuing Agreement (Doc. 29).

On March 6, 2026, the Court remanded the action to state court because subject matter jurisdiction was lacking (Doc. 34). The Court did not consider the documents filed provisionally under seal in its ruling and denied as moot Defendants' Motion for Leave to File Under Seal. *Id.* at 8.

Since the Court lacks jurisdiction over this action and the documents filed provisionally under seal were not considered in the Court's ruling on the issue of jurisdiction, the Court will grant Defendants' Motion. *See Orchid Quay, LLC v. Suncor Bristol Bay, LLC*, 178 F. Supp. 3d 1300, 1308 (S.D. Fla. 2016).

Accordingly, it is hereby **ORDERED**:

(1) Defendants Sparrow Financial, Inc., Encina Lender Finance, LLC, and Evolve Bank & Trust Corporation's Motion to Delete Provisionally Sealed

2

Documents from Docket, Destroy All Copies, and Require Return of All Copies from Plaintiff and Her Counsel (Doc. 36) is **GRANTED**.

(2) The provisionally sealed documents (Docs. 28-1, 28-2) are **STRICKEN.** The Clerk is directed to **REMOVE** the documents from the docket and destroy them.

(3) Plaintiff shall return any copies of the provisionally sealed documents (Docs. 28-1, 28-2) to Defendants and destroy all electronic copies of the documents.

**DONE AND ORDERED** in Tampa, Florida on June 1, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any